```
 1  LAWRENCE J. GORNICK, ESQ. (SBN 136290)
    DENNIS J. CANTY, ESQ. (SBN 207978)
 2  EMILY CHARLEY, ESQ. (SBN 238542)
    LEVIN SIMES KAISER & GORNICK LLP
 3  One Bush Street, 14th Floor
    San Francisco, California 94104
 4  Telephone    (415) 646-7160
    Facsimile    (415) 981-1270
 5
 6  Attorneys for Plaintiffs
 7                    UNITED STATES DISTRICT COURT
 8                   NORTHERN DISTRICT OF CALIFORNIA
 9
10  AVANT ROBINSON, SR. AND LISA       Case No. C 06 1155 WHA
    ROBINSON,
11                                     STIPULATION AND REQUEST FOR
                                       VOLUNTARY DISMISSAL OF ENTIRE
            Plaintiffs,                ACTION
12
        v.
13
    ELI LILLY AND COMPANY,             HON. WILLIAM ALSUP
14
            Defendants.
15
```

Pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs request dismissal without prejudice of the entire action and Defendant ELI LILLY AND COMPANY, having filed an answer in this action, stipulate to that dismissal.

Dated: July 24, 2006                    Dated: July 24, 2006

LEVIN SIMES KAISER & GORNICK LLP        REED SMITH LLP

_/s/ Dennis J. Canty_                   _/s/ James M. Wood_
Dennis J. Canty                         James M. Wood
Attorneys for Plaintiff                 Nadia M. Bishop
                                        Dana Reedy
                                        Attorneys for Defendants
                                        ELI LILLY AND COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 28, 2006
       _____
       The Honorable William Alsup
       United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

STIPULATION AND VOLUNTARY DISMISSAL                              PAGE 1